UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
<u>Northern</u>     DIVISION

**In re:**

Holt & Holt Entrepreneurship, LLC )
)
) **CASE NO.** 21-80445-CRJ-7
**Debtor(s).** )

## CORPORATE PARENT DISCLOSURE STATEMENT

Pursuant to Bankruptcy Rule 1007(a) or Bankruptcy Rule 7007.1,

<u>Holt & Holt Entrepreneurship, LLC</u>, a (check one)
(Name of Corporation)

- ● Corporate Debtor
- ○ Party to an adversary proceeding
- ○ Party to a contested matter
- ○ Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

_____

OR

⊙ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: <u>3/11/2021</u>     By: <u>Tazewell Shepard, Trustee</u>