# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Holt & Holt Entrepreneurship, LLC  ) | Case No.: 21-80445-CRJ-7 |
| SSN: xxx-xx-5025 ) | |
| ) | |
| ) | |
| Debtor.  ) | Chapter 7 |

## STATUS REPORT

COMES NOW the Trustee, Tazewell T. Shepard, and notifies the Court of the status of his liquidation of assets and distribution in the above-styled Chapter 7 case. Pursuant to a Court order entered to the docket on April 19, 2021 (Doc. 36) the Trustee sold Debtor's interest in real estate located at 5412 Green Meadow Road, N.W., Huntsville, Alabama 35810. The proceeds of the sale have been received and the Realtor paid. A report of sale has been filed with the court. The Trustee will update the Court on the status of this case within the next 90 days.

Respectfully submitted this the 18th day of October, 2021.

/s/ Tazewell T. Shepard
Tazewell T. Shepard
*Trustee in Bankruptcy*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, Alabama 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing document on Richard M. Blythe, Esq., Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage prepaid this the 18th day of October, 2021.

/s/ Tazewell T. Shepard
Tazewell T. Shepard